IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-00205-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) |
| $57,150.00 IN U. S. CURRENCY, | ) |
| Defendant, | ) |
| and | ) |
| JORGE MILTON CRUZ RIBERA, | ) |
| Claimant. | ) |

CONSENT ORDER

By signing below, the undersigned parties inform the Court that they have settled the litigation in this matter and consent to the entry of this Order. It is, therefore,

ORDERED that Claimant shall forfeit to the United States of America $11,430.00 of the subject currency seized, to be disposed of by the United States Department of Justice according to law, and the United States shall return to the Claimant $45,720.00 of the subject currency seized, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment shall be made payable to Jorge Milton Cruz Ribera

1

via electronic funds transfer by the U.S. Marshals Service according to the information provided on a properly executed UFMS Vendor Request Form; and

ORDERED that each party shall bear its own attorneys' fees, costs, and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this 4 day of October, 2023.

_____
TERRENCE W. BOYLE
United States District Judge

WE ASK FOR THIS:

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _____
JOHN P. NEWBY, JR.
Assistant United States Attorney
Civil Division

_____
JORGE MILTON CRUZ RIBERA
Claimant

_____
JORGELINA E. ARANEDA
Attorney for the Claimant

2